UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY WILCOX,

    Plaintiff(s),

v.

THOMAS AYRES, ET AL.,

    Defendant(s).
_____/

Case No. 03-72114

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties and for the reasons set forth in an Order dated  4/28/2005  and filed herein;

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion for summary judgment is GRANTED and this case is DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: April 28, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2005, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager